United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

ALBERT DYTCH,

        Plaintiff,

  v.

JUAN and MARIA MEJIA, as Trustees,

        Defendants.

No. C 10-00259 RS

**ORDER TRANSFERRING CASE TO SAN FRANCISCO DIVISION**

Plaintiff Albert Dytch filed a complaint in the San Jose Division of this Court claiming a violation of the Americans with Disabilities Act, 42 U.S.C. § 12101, *et seq.*, and related state statutes, based on allegedly improper conditions at a restaurant located at 941 Carleton Street, Berkeley, California. The City of Berkeley is located in Alameda County. Civil Local Rule 3-2 provides that "[a] civil action arises in the county in which a substantial part of the events or omissions which give rise to the claim occurred or in which a substantial part of the property that is the subject of the action is situated. . . . [A]ll civil actions which arise in the count[y] of Alameda . . . shall be assigned to the San Francisco Division or the Oakland Division." Civil L.R. 3-2(c), (d). As this case was filed in the wrong division, it is hereby transferred to the San Francisco Division, where the undersigned will remain as presiding judge.

IT IS SO ORDERED.

Dated: 02/16/2010

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE