*E-Filed 02/16/2010*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ALBERT DYTCH, | No. C 10-00259 RS |
| Plaintiff, | **ORDER TRANSFERRING CASE TO SAN FRANCISCO DIVISION** |
| v. | |
| JUAN and MARIA MEJIA, as Trustees, | |
| Defendants. | |

Plaintiff Albert Dytch filed a complaint in the San Jose Division of this Court claiming a violation of the Americans with Disabilities Act, 42 U.S.C. § 12101, *et seq.*, and related state statutes, based on allegedly improper conditions at a restaurant located at 941 Carleton Street, Berkeley, California. The City of Berkeley is located in Alameda County. Civil Local Rule 3-2 provides that "[a] civil action arises in the county in which a substantial part of the events or omissions which give rise to the claim occurred or in which a substantial part of the property that is the subject of the action is situated. . . . [A]ll civil actions which arise in the count[y] of Alameda . . . shall be assigned to the San Francisco Division or the Oakland Division." Civil L.R. 3-2(c), (d). As this case was filed in the wrong division, it is hereby transferred to the San Francisco Division, where the undersigned will remain as presiding judge.

1    IT IS SO ORDERED.

3    Dated: 02/16/2010

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

No. C
ORDER

2